UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA BECKETT, | CV 17-8328 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Pursuant to the Court's December 22, 2017, Minute Order granting the Motion to Dismiss filed by defendant Bank of America, N.A. ("BofA"), which dismissed the Complaint filed by plaintiff Natasha Beckett ("Plaintiff") with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that BofA shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that BofA shall have its costs of suit.

IT IS SO ORDERED.

DATED: December 22, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE